Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

SHANE PHILLIP NICKERSON )  Case No. _____
Plaintiff(s) )  (to be filled in by the Clerk's Office)
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
)
-v- )
)
)
)
BRIAN GOOTKIN, JAMES SALMONSEN )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SHANE PHILLIP NICKERSON
All other names by which you have been known:
ID Number: 3004447
Current Institution: MONTANA STATE PRISON
Address: 700 Conley Lake Rd
Deer Lodge, MT 59722
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: BRIAN GOOTHIN
Job or Title (if known): Director DOC
Shield Number:
Employer:
Address:
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: JAMES SACMANSEN
Job or Title (if known): WARDEN MSP
Shield Number:
Employer: D.O.C THE STATE
Address: 700 Conley Lake Rd
Deer Lodge, MT 59722
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____ _____ _____
   City        State       Zip Code

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   _____ _____ _____
   City        State       Zip Code

   ☐ Individual capacity   ☐ Official capacity

II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   1st Amendment rights retaliation Claim access to the courts, 8th amendment, 14th amendment violations

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.
The informal resolution in relation to my ADA needs, needing a type-writer ribon, type writer, correctional tape and being free from retaliation was granted on 11-18-22. The granted informal is fully exhausted for PLRA purposes.
A informal seeking help finding employment and ADA issues with housing was granted in part on 12-7-22.

I have legal claims to pursue and feel the defendants and their employees may retaliate on me while I litigate my case. Housing me with inmates who may antagonize me or hinder me, having staff who dislike me hinder me.
Tactics are to plant number games of petitions I misfiled or tell me I am never going home, or try to antagonize me, all to disrupt my pro-se filing attempts.
Staff here like Sgt Chambers who no longer works here said everyone knows when I file legal pleadings I am stressed out and tries seeking a reaction to disrupt my attempts.

D:A
I have to pursue these legal claims in court, on appeal, and a possible habeas corpus.
I have to Motion for resentencing on a illegal sentence under MCA 46-18-116(3) in which is not time barred.
I have to demonstrate to the court here my claims are not frivolous.
On my PSI Recommendation/Evaluation page it states I assaulted Correctional staff The 2 counts of felony assault on officer charges in DC-09-046(C), DC-09-239B were dismissed without prejudice.
It states Mr Edwards was doing his recommendations upon offense I was found guilty of. See Tr page 28.
The district court and honorable Stewerart Stadler was assigned to cases DC 2009-239, 2009-046 and knew the convictions were constitutionally infirm, but enhanced my tier designation and sentence.
he committed a United States v. Tucker 1972 violation
I have been diligent trying to pursue this claim but fear of ongoing retaliation

D.@B.

The retaliation tactics relate to the issues while incarcerated in Flathead County jail in 2008-2009, the staff try to antagonize me in hopes I get new charges. I was charged with felony assaults on a peace officer charges in which was used to enhance my sentence.

The staff make me believe I will not get relief in court due to confidential information from prison and out on the streets is used against me and uncontested. I believe during my litigation attempts the threats of false reports on my character from prison staff and inmates have been compiled, uncontested, and or made to be believed so I quit litigating my case.

I can't afford a lawyer and the tactics staff use and inmates while trying to litigate pro-se are overwhelming.

I've been assaulted numerous times in prison over my case and its a sensitive issue, in which staff here have provoked. I've also been called a retard and made looked like a coward, rat, PC case in which takes a toll on my mental health during litigation

D.O.C
My sentence as a whole is facially invalid
My sexual assault conviction violates
MCA 46-11-503(1)(a) as it was a lesser
offense never set aside according to the
statute.
My criminal endangerment conviction/sentence
is facially invalid as it violates MCA 46-11-410
(2)(a) to my aggravated assault conviction
These claims are all timely under
MCA 46-18-116(3)
I believe I will be retaliated on
constantly by staff and inmates
and need a courts help while I
exhaust these claims.
There are staff who have helped me
during my time here but need all
retaliation by staff who don't like
me to stop with inmates.
The defendants are in charge of D.O.C
employees and MSP employees.
I am not saying specific staff names only
to stop retaliation as a whole. The grievances
granted is basic proof my claims are
confirmed and my legal claims are
possible winning issues in which a courts
help is needed so hindering or retaliation
is not at stake.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attatched*

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

PAGE 5 IS MISSING

C. The finality of the informals which was granted on 11-26-22 and granted in part on 12-7-22

D. Violations of retaliation 1 amendment rights, 14th amendment rights, help over ADA issues

V. Injuries.
Informals granted and granted in part

VI. Relief.
I seek a permanent injunction not to be retaliated on while I litigate my case, seek help filing legal claims like copies, and postage, notaries, I seek not to be housed with inmates who target me or retaliate during litigation. I seek employment to pay for legal filings
I seek only Declaratory relief and injunction relief to the Defendants and their employees they Supervise.
@ Seek free postage, free copies, finances for misfilings on time barred claims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Montana State Prison

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Retaliation, Apposed ADA Ribbon, Correctional Tape, Type Writer, help seeking employment also Housing.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[X] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
Nickerson v. Corrigan 2021, Missoula division

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county and State)
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Only on Pen Pal Policy Changes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) _Shane Phillip Nickerson_
   Defendant(s) _Brian Goodwin, James Salmonsen_

2. Court (if federal court, name the district; if state court, name the county and State)
   _HELENA DIVISION_

3. Docket or index number
   _6:22-CV-00034-SEH_

4. Name of Judge assigned to your case
   _SAM HADDON_

5. Approximate date of filing lawsuit
   _June - July 2022_

6. Is the case still pending?
   ☐ Yes
   ☒ No      _I filed a rule 60(b) motion_

   If no, give the approximate date of disposition   _11-29-22_

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)
   _Overlooked voluntary dismissal_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-8-22

Signature of Plaintiff
Printed Name of Plaintiff: Shane Dickerson
Prison Identification #: 3004467
Prison Address: 700 Conley Lake Rd
Deer Lodge, MT 59722

B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address